UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Case No. 14-20273
HON. GEORGE CARAM STEEH

JOHNNY TROTTER, II, M.D.,

        Defendant.
_____/

ORDER MODIFYING DEFENDANT
TROTTER'S CONDITIONS OF RELEASE

Defendant Johnny Trotter, II, M.D., was placed on bond on May 13, 2014. (Doc. 32; 33). He remained on bond following his conviction of conspiracy to commit health care fraud or wire fraud, and three counts of health care fraud on April 28, 2017. (Doc. 174). On June 28, 2017, the Government filed a Motion to Revoke Bond, arguing that Trotter was prescribing controlled substances without conducting adequate examinations. (Doc. 198). A motion hearing was held on July 18, 2017. The hearing included oral argument on the Motion to Revoke Bond as well as testimony from two of Trotter's patients. For the reasons stated on the record, the Court ruled that Trotter's continuing practice is not sufficiently safe to permit him to continue prescribing drugs. The Court declined to

revoke Trotter's bond at that date, but instead instructed Trotter that his bond would be revoked if he continued to prescribe certain drugs. The parties argued over what type of drugs Trotter should be prohibited from prescribing. The Court requested proposed language that distinguished acceptable from unacceptable drugs; noting that painkillers and narcotics are unacceptable. In the event that the parties could not agree, the Court asked them to submit opposing proposals for the scope of a restriction on Trotter's ability to prescribe.

The Court has since received those opposing proposals. The Government provided Trotter with a proposed order amending his conditions of release to order Trotter to voluntarily surrender his Drug Enforcement Agency (DEA) registration number, which permits him to prescribe controlled substances. (Doc. 208-1 at PageID 4503-05). Trotter did not agree. Instead, he provided the Court with a proposed order that amended his conditions of release to "prohibit Dr. Trotter from prescribing any narcotics or opioids including painkillers." Trotter proposed that he be prohibited from prescribing codeine, fentanyl, hydrocodone, hydromorphone, meperidine, methadone, morphine, oxycodone, oxycodone and acetaminophen, and oxycodone and naloxone, but permitted to prescribe Tylenol 3, Tylenol 4, and Ultram.

The Government responded with a Motion to Modify Conditions of Release (Doc. 208), asking the Court to require Trotter to voluntarily surrender his DEA registration number.  This motion is unnecessary.  The party's proposed orders provided the Court with sufficient information to satisfy the question posed at the July 18, 2017 hearing.

The Controlled Substances Act (CSA) divides controlled substances into five schedules on the basis of their potential for abuse, accepted medical use(s), and risk of dependence.  21 U.S.C. § 812(b).  Tylenol 3 and Tylenol 4 are listed as schedule III controlled substances.  Further, they each contain codeine; a drug that Trotter agreed not to prescribe.  Ultram is classified as a schedule IV controlled substance.  All three medications are painkillers.  The Court stated that Trotter would not be permitted to prescribe any painkillers, and therefore, the Court shall not permit Trotter to prescribe Tylenol 3, Tylenol 4, and Ultram.

Accordingly, IT IS HEREBY ORDERED that Trotter's conditions of release shall be modified.  Provision 7(t), prohibiting Trotter from "submit[ting] claims to the Federal Health Care Programs, including billing the Federal Health Care Programs directly or indirectly, including Medicare and Medicaid, or cause to be billed" is VACATED.  In its place, the Court HEREBY ORDERS as a condition of release that Trotter voluntarily

surrender both his DEA registration number and, if he possesses one, his Controlled Substance License with the state of Michigan, to the appropriate officials within 5 days of the entry of this order.  This order does not impact Trotter's ability to retain his general medical license; for example, his medical doctor license in the state of Michigan.  The Government's Motion to Modify Conditions of Release, (Doc. 208), is MOOT.

    IT IS SO ORDERED.

Dated:  July 26, 2017

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 26, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk